

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Numbers:     01-13-00415-CR; 01-13-00416-CR; 01-13-00417-CR

Trial Court Cause
Numbers:     1328806; 1328807; 1308988

Style:     Javier Noel Campos

     v. The State of Texas

Date motion filed*:     September 16, 2015

Type of motion:     Motion for Extension of Time to File Supplemental Brief

Party filing motion:     Appellant

Document to be filed:     Supplemental Brief on Remand

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

     Original due date:     October 1, 2015

     Number of previous extensions granted:     0

     Date Requested:     30 days

Ordered that motion is:

☒    Granted

     If document is to be filed, document due: **November 2, 2015**

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐ The Court will not grant additional motions to extend time.

☐    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

If the State wishes to file a brief in response to appellant's supplemental brief, it is due thirty days from the date appellant files his brief.

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually    ☐ Acting for the Court

Date: September 22, 2015